# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    LINDA M. CARLSON

            Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
            Movant

CHAPTER 13

CASE NO: 5-18-00859-RNO

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on August 13, 2018, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1) A Petition under Chapter 13 was filed on March 1, 2018.

2) The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).

   - **CHAPTER 13 PLAN**

3) If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

                          Respectfully submitted,
                          s/ <u>Charles J. DeHart, III</u>
                          Standing Chapter 13 Trustee
                          8125 Adams Drive, Suite A
                          Hummelstown, PA 17036
                          (717) 566-6097

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     LINDA M. CARLSON              CHAPTER 13

CASE NO: 5-18-00859-RNO

## NOTICE

The debtor(s) filed a Chapter13 Bankruptcy Petition on March 1, 2018.

The Standing Chapter 13 Trustee, Charles J. DeHart, III, has filed a Motion to Dismiss for failure to file the indicated document(s) below:

- **CHAPTER 13 PLAN**

A hearing with the Court has been scheduled for:

         **Date:**          **September 7, 2018**
         **Time:**          **09:30 AM**
         **Location:**    **U.S. Bankruptcy Court**
                            **Max Rosenn U.S. Courthouse**
                            **Courtroom #2**
                            **197 S. Main Street**
                            **Wilkes Barre, PA**

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before: **August 27, 2018**. If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

                                                                    Respectfully submitted,
                                                                    s/ <u>Charles J. DeHart, III</u>
                                                                    Standing Chapter 13 Trustee
                                                                    8125 Adams Drive, Suite A
                                                                    Hummelstown, PA  17036

Dated:  August 13, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LINDA M. CARLSON

Debtor(s)

CHAPTER 13

CASE NO: 5-18-00859-RNO

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 13, 2018, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| SCOTT AMORI, ESQ.<br>AMORI & ASSOCIATES, LLC<br>513 SARAH STREET<br>STROUDSBURG, PA 18360- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| LINDA M. CARLSON<br>106 SHORTRIDGE RD.<br>ALBRIGHTSVILLE, PA 18210 | Served by 1ST class mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 13, 2018

Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LINDA M. CARLSON

Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

Movant

CASE NO: 5-18-00859-RNO

vs.

LINDA M. CARLSON

MOTION TO DISMISS

Respondent(s)

**ORDER DISMISSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.