```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                            Case No. 18-00859-RNO
Linda M. Carlson                                                  Chapter 13
       Debtor                     CERTIFICATE OF NOTICE
District/off: 0314-5      User: AGarner            Page 1 of 1          Date Rcvd: Aug 17, 2018
                          Form ID: ntnew341        Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2018.
```
db             +Linda M. Carlson,    106 Shortridge Rd.,    Albrightsville, PA 18210-7810
5029855         Discover Bank,    P.O. Box 51908,   Los Angeles, CA 90051-6208
5096831        +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
5029856        +Zwicker & Associates, PC,    3220 Tillman Dr., Suite 215,    Bensalem, PA 19020-2028
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5084438         E-mail/Text: mrdiscen@discover.com Aug 17 2018 19:01:23      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
5030112        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 17 2018 19:08:43
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5083693         E-mail/Text: bnc-quantum@quantum3group.com Aug 17 2018 19:01:28
                 Quantum3 Group LLC as agent for,    GPCC I LLC,   PO Box 788,   Kirkland, WA  98083-0788
                                                                                              TOTAL: 3
```
```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              D. Troy Sellars    on behalf of Asst. U.S. Trustee    United States Trustee
               D.Troy.Sellars@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
              James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Scott M. Amori    on behalf of Debtor 1 Linda M. Carlson afr@epix.net,
               smamori@amoriandassociates.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Linda M. Carlson,  
    **Debtor 1**

Chapter 13

Case No. 5:18–bk–00859–RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Location | Date/Time |
|---|---|
| Best Western Genetti's, 77 East Market Street, Wilkes–Barre, PA 18701 | Date: October 1, 2018<br>Time: 12:00 PM |

**Address of the Bankruptcy Clerk's Office:**  
U.S. Bankruptcy Court  
274 Max Rosenn U.S. Courthouse  
197 South Main Street  
Wilkes–Barre, PA 18701  
(570) 831–2500  

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

**For the Court:**  
Terrence S. Miller  
Clerk of the Bankruptcy Court:  
By: AGarner, Deputy Clerk

Date: August 17, 2018

ntnew341 (04/18)