```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                    Case No. 18-00859-RNO
Linda M. Carlson                                          Chapter 13
        Debtor                   **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: AGarner         Page 1 of 1          Date Rcvd: Aug 31, 2018
                              Form ID: ordsmiss      Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2018.
db              +Linda M. Carlson,   106 Shortridge Rd.,   Albrightsville, PA 18210-7810
5029855          Discover Bank,   P.O.  Box 51908,   Los Angeles, CA 90051-6208
5096831         +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                  Addison, Texas 75001-9013
5029856         +Zwicker & Associates, PC,   3220 Tillman Dr., Suite 215,   Bensalem, PA 19020-2028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5084438          EDI: DISCOVER.COM Aug 31 2018 22:58:00      Discover Bank,   Discover Products Inc,
                  PO Box 3025,   New Albany, OH  43054-3025
5030112         +EDI: PRA.COM Aug 31 2018 22:58:00      PRA Receivables Management, LLC,   PO Box 41021,
                  Norfolk, VA 23541-1021
5083693          EDI: Q3G.COM Aug 31 2018 22:59:00      Quantum3 Group LLC as agent for,   GPCC I LLC,
                  PO Box 788,   Kirkland, WA  98083-0788
5098153         +E-mail/Text: bankruptcyteam@quickenloans.com Aug 31 2018 18:54:49      Quicken Loans Inc.,
                  635 Woodward Avenue,   Detroit, MI 48226-3408
                                                                        TOTAL: 4


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2018 at the address(es) listed below:
            Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
            D. Troy Sellars   on behalf of Asst. U.S. Trustee   United States Trustee
             D.Troy.Sellars@usdoj.gov,  ustpregion03.ha.ecf@usdoj.gov
            James  Warmbrodt   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
            Scott M. Amori   on behalf of Debtor 1 Linda M. Carlson afr@epix.net,
             smamori@amoriandassociates.com
            United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                        TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Linda M. Carlson,                                          Chapter        13

      **Debtor 1**

                                       Case No.        5:18–bk–00859–RNO

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated:  August 31, 2018                                    By the Court,

                                                        Honorable Robert N. Opel, II
                                                         United States Bankruptcy Judge
                                                         By: AGarner, Deputy Clerk

ordsmiss (05/18)